**Orlando NAYLOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 57597.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 1991.

Application to Transfer Denied
July 23, 1991.

against a witness who was involved in the same offense for which a defendant is on trial.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Orlando Naylor, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing. We have reviewed the record and find that an extended opinion would have no precedential value. The judgment of the motion court is affirmed pursuant to Rule 84.16(b).